## THIRD DEPARTMENT, JANUARY, 1926.

Before STATE INDUSTRIAL BOARD, Respondent.

SATIE RYAN, Respondent, v. BROOKLYN-MANHATTAN TRANSIT CORPORATION, Successor to BROOKLYN RAPID TRANSIT COMPANY, Appellant.

*Workmen's compensation — death benefits — notice of injury not necessary — failure to give written notice of death is waived by failure to object at hearing.*

Appeal from an award of the State Industrial Board, made on March 23, 1925.

PER CURIAM: This being an award for death benefits, notice of injury was unnecessary. The appellant not having raised before the Board any objection to the failure to give written notice of death, is deemed to have waived such notice. (Workmen's Compensation Law, § 18.) The finding, therefore, that written notice of death was not given is immaterial, and it is of no importance that the failure to give such notice may have been excused on improper grounds. Award unanimously affirmed, with costs to the State Industrial Board.

---

PARISH AND BINGHAM CORPORATION, Appellant, v. LARRABEE-DEYO MOTOR TRUCK COMPANY, INC., Respondent.

Appeal from a judgment of the Supreme Court in favor of defendant, entered in the Broome county clerk's office on November 18, 1924, upon the report of a referee.

PER CURIAM: The expenses of the defendant's agents at the factory of the plaintiff to interview its representatives and to endeavor to expedite the work, amounting to $855.87, are not chargeable to plaintiff. They were voluntarily incurred. (See, also, *Munson* v. *Smith Woolen Machinery Co.*, 118 App. Div. 398.) According to the evidence the commission paid Price on the canceled orders was $553.57 less than the amount allowed by the referee. The amount of $249 for expenses of storage and transportation of trucks is improper under the allegations of the counterclaim and according to the evidence was unnecessary. These three items, amounting to $1,658.44, should be deducted from the judgment. In other respects we find no error. Judgment modified by deducting therefrom $1,658.44 as of the date of its entry, and as so modified unanimously affirmed, without costs.